1
2
3
4
5
6
7
8                         United States District Court
9                         Eastern District of California
10
11
12 Abelardo Soto,
13        Plaintiff,                    Civ. No. S-05-0871 LKK PAN P
14    vs.                               Order
15 Dr. Nadium Khouroy, et al.,
16        Defendants.
17                               -oOo-
18     Plaintiff, a prisoner without counsel, seeks to commence a
19 civil rights action.
20     To commence a civil action a plaintiff must pay the $250.00
21 filing fee required by 28 U.S.C. § 1914(a) or request leave of
22 court to proceed in forma pauperis and submit the affidavit and
23 trust account statement required by 28 U.S.C. § 1915(a).
24     Plaintiff has neither paid the fee nor submitted a proper
25 application for leave to proceed in forma pauperis.
26

1  Within 30 days from the day this order is signed plaintiff
2 may submit either the filing fee or the application required by
3 § 1915(a).  The clerk of the court is directed to mail to
4 plaintiff a form application for leave to proceed in forma
5 pauperis.  Failure to comply with this order will result in this
6 file being closed.
7  So ordered.
8  Dated:  May 10, 2005.

    /s/ Peter A. Nowinski
    PETER A. NOWINSKI
    Magistrate Judge