IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABELARDO SOTO,

    Plaintiff,                        No. CIV S-05-0871 LKK PAN P

    vs.

DR. NADIUM KHOUROY, et al.,

    Defendants.                  <u>ORDER</u>

_____/

        Defendants have requested an extension of time to respond to plaintiff's second set of interrogatories. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' September 27, 2006 request for an extension of time is granted; and

        2. Defendants are granted thirty days from the date of this order in which to respond to plaintiff's second set of interrogatories.

DATED: September 28, 2006.

                                                    /s/ Judge Signature

                                       UNITED STATES MAGISTRATE JUDGE

14/mp; soto0871.36